■ LESLIE C. ABBOTT, Appellant, v. LAWRENCE L. PIRIE et al., Respondents. — Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury was against the weight of evidence. (Appeal from judgment and order of Monroe Trial Term for defendants for no cause of action. The order denied plaintiff's motion for a new trial, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ PATRICIA ELLIS, Respondent, v. VILLAGE OF SOLVAY, Appellant.— Judgment reversed on the law and facts, without costs of this appeal to either party, and a new trial granted. Memorandum: The verdict in favor of plaintiff and against defendant was against the weight of evidence. All concur except Goldman and Halpern, JJ., who dissent and vote for affirmance. (Appeal from judgment of Onondaga Trial Term for plaintiff in a negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RUPERT BENNETT, JR., Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of burglary, third degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BRERETON, Appellant, against KENNETH KEILL, as Director of Willard State Hospital, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Seneca Special Term dismissing a writ of habeas corpus and remanding relator to the custody of the Director of Willard State Hospital.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LEES, Appellant, against KENNETH KEILL, as Director of Willard State Hospital, Respondent. — Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Seneca Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the Director of Willard State Hospital.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MOESEL, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying defendant's motion for writ of error coram nobis vacating a judgment of conviction rendered October 14, 1911.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ In the Matter of BILLY L. TEDLOCK, Appellant, against NORMA J. JACKSON, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Trial Term dismissing the writ of habeas corpus seeking to enforce a custody provision of a Texas decree and directing that the infant remain in the custody of Norma June Jackson.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BARTLAM, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term dismissing a writ of habeas corpus and remanding relator to the custody of the warden.) Present — Bastow, J. P., Goldman, Halpern and McClusky, JJ.